```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 09145
   ERIC TUCKER
   SANDRA TUCKER                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7276     SSN XXX-XX-5371


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/14/2005 and was confirmed 05/11/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 09/15/2008.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
WELLS FARGO BANK          CURRENT MORTG         .00              .00            .00
TOYOTA MOTOR CREDIT       SECURED          15671.43          1502.96       15671.43
INTERNAL REVENUE SERVICE  PRIORITY         NOT FILED            .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY      NOT FILED            .00            .00
US ATTORNEYS OFFICE       NOTICE ONLY      NOT FILED            .00            .00
IRS TAX DIVISION          NOTICE ONLY      NOT FILED            .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY         NOT FILED            .00            .00
AMALGAMATED TRUST         UNSECURED        NOT FILED            .00            .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED            .00            .00
AT&T BROADBAND            UNSECURED        NOT FILED            .00            .00
AT&T                      UNSECURED        NOT FILED            .00            .00
BLOCKBUSTER VIDEO         UNSECURED        NOT FILED            .00            .00
BLUE ISLAND ANESTHESIA    UNSECURED        NOT FILED            .00            .00
I C COLLECTION SERVICE    UNSECURED        NOT FILED            .00            .00
BUDGET RENT A CAR         UNSECURED        NOT FILED            .00            .00
RIDDLE & ASSOC PC         UNSECURED        NOT FILED            .00            .00
DAIMLER CHRYSLER FINANCI  UNSECURED           3954.54            .00         395.45
ECAST SETTLEMENT CORP     UNSECURED           4507.00            .00         450.70
CITY OF CHICAGO DEPT OF   UNSECURED        NOT FILED            .00            .00
CITY OF CHICAGO DEPT OF   UNSECURED        NOT FILED            .00            .00
CITY OF CHICAGO PARKING   UNSECURED            200.00            .00          20.00
CITY OF CHICAGO PARKING   UNSECURED        NOT FILED            .00            .00
CITY OF CHICAGO PARKING   UNSECURED        NOT FILED            .00            .00
COMMONWEALTH EDISON       UNSECURED            671.86            .00          67.19
FIRST MIDWEST BANK        UNSECURED           9112.64            .00         911.26
OSI COLLECTION SERVICES   UNSECURED        NOT FILED            .00            .00
NCO FINANCIAL SYSTEMS     UNSECURED        NOT FILED            .00            .00
HOME DEPOT                UNSECURED        NOT FILED            .00            .00
HOUSEHOLD BANK            UNSECURED        NOT FILED            .00            .00
LITTLE CO MARY HOSP PROF  UNSECURED        NOT FILED            .00            .00
LITTLE CO MARY HOSP PROF  UNSECURED        NOT FILED            .00            .00
LITTLE CO MARY HOSPITAL   UNSECURED            105.54            .00          10.55
```

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 09145 ERIC TUCKER & SANDRA TUCKER

```
MCI RESIDENTIAL SERVICES  UNSECURED        NOT FILED              .00            .00
MIDWEST ORAL SURGERY      UNSECURED        NOT FILED              .00            .00
MIDWEST ORTHOPEDIC        UNSECURED        NOT FILED              .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED              .00              .00            .00
SAMS CLUB                 UNSECURED        NOT FILED              .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           609.77              .00          60.98
JEFFERSON CAPITAL SYSTEM  UNSECURED           512.26              .00          51.23
ST FRANCIS HOSPITAL & HE  UNSECURED        NOT FILED              .00            .00
I C COLLECTION SERVICE    UNSECURED        NOT FILED              .00            .00
ST FRANCIS HOSPITAL       UNSECURED        NOT FILED              .00            .00
ST FRANCIS HOSPITAL       UNSECURED        NOT FILED              .00            .00
ST FRANCIS HOSPITAL       UNSECURED        NOT FILED              .00            .00
ST FRANCIS HOSPITAL       UNSECURED        NOT FILED              .00            .00
STATE OF ILLINOIS TOLL    UNSECURED        NOT FILED              .00            .00
ECAST SETTLEMENT CORP     UNSECURED          4995.78              .00         499.58
WAL MART STORES INC       UNSECURED        NOT FILED              .00            .00
WOW CABLE                 UNSECURED        NOT FILED              .00            .00
ILLINOIS TOLLWAY AUTHORI  NOTICE ONLY      NOT FILED              .00            .00
ST FRANCES HOSPITAL       UNSECURED        NOT FILED              .00            .00
ILLINOIS TOLLWAY          UNSECURED        NOT FILED              .00            .00
ECAST SETTLEMENT CORP     UNSECURED           814.01              .00          81.40
MELVIN J KAPLAN           DEBTOR ATTY       2,700.00                        2,700.00
TOM VAUGHN                TRUSTEE                                           1,442.68
DEBTOR REFUND             REFUND                                              540.00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE            24,405.41

PRIORITY                                           .00
SECURED                                      15,671.43
    INTEREST                                  1,502.96
UNSECURED                                     2,548.34
ADMINISTRATIVE                                2,700.00
TRUSTEE COMPENSATION                          1,442.68
DEBTOR REFUND                                   540.00
                   ---------------        ---------------
TOTALS             24,405.41                 24,405.41
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                /s/ Tom Vaughn

Dated: 12/22/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE